**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BBK Tobacco & Foods, LLP,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Green Planet, Inc.,<br><br>　　　　Defendant. | No. CV-13-01247-PHX-PGR<br><br>(Mar.Cty.Sup.Ct. CV2013-006688)<br><br>ORDER OF REMAND |

The defendant having filed a Request for Remand (Doc. 9), wherein it notes, based on its post-removal jurisdictional discovery, that diversity of citizenship jurisdiction does not exist over this action because the plaintiff is a "stateless" partnership for diversity purposes, and the plaintiff not having filed any objection to the requested remand,

IT IS ORDERED that the defendant's Request for Remand (Doc. 9) is granted and that this action is remanded to the Maricopa County Superior Court pursuant to 28 U.S.C. § 1447(c) for lack of subject matter jurisdiction.

DATED this 12th day of August, 2013.

　　　　　　　　　　　　　　　　　　／s／ Paul G. Rosenblatt
　　　　　　　　　　　　　　　　　　Paul G. Rosenblatt
　　　　　　　　　　　　　　　　　　United States District Judge